## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MATTHEW DALE BLANKENSHIP, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-17-786-M |
| | ) | |
| JOE M. ALLBAUGH, Director, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On September 28, 2017, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be dismissed without prejudice due to petitioner's failure to exhaust available administrative remedies. The parties were advised of their right to object to the Report and Recommendation by October 18, 2017. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 9] issued by the Magistrate Judge on September 28, 2017, and

(2) DISMISSES the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 without prejudice due to petitioner's failure to exhaust available administrative remedies.

**IT IS SO ORDERED this 27th day of October, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE